**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| ROLAND JEFFREY ORR II, | : | Case No. 3:26-cv-00083 |
| Plaintiff, | : | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| TODD ROBERT HATHCOCK, | : | |
| Defendant. | : | |

---

**ORDER**

---

On March 12, 2026, Roland Jeffrey Orr II submitted a *pro se* Complaint and related documents to this Court. (Doc. Nos. 1 through 1-16.) Plaintiff Orr alleges, among other things, that Defendant attempted to extort him by threatening to release evidence concerning Plaintiff's expunged criminal conviction(s) unless Plaintiff issued a public apology video. (Complaint, Doc. No. 1-1.) The resulting case has been assigned to District Judge Walter H. Rice. Certain matters have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and this Court's General Order No. DAY 22-01.

Rule 12(f) of the Federal Rules of Civil Procedure permits a court to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Pursuant to this Rule, the Court *sua sponte* **STRIKES** the following exhibits to Plaintiff's Complaint: Exhibits B, C, D, F, G, and H. The Clerk of Court is **DIRECTED** to restrict these exhibits from public access. (Doc. Nos. 1-5; 1-6; 1-

7; 1-9; 1-10; 1-11.) Plaintiff's motion to seal these exhibits is **DENIED** as **MOOT**. (Doc. No. 2.)

Plaintiff indicated in his recent motion that he was "simultaneously filing a Notice of Voluntary Dismissal to close this matter." (Doc. No. 2 at PageID 79.) No notice was filed, however. The Clerk of Court is **DIRECTED** to send Plaintiff a printout of the docket for his review.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

2