**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| ROLAND JEFFREY ORR II, | : | Case No. 3:26-cv-00083 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| TODD ROBERT HATHCOCK, | : | |
| | : | |
| Defendant. | : | |

---

**ORDER FOR AMENDED APPLICATION**
**TO PROCEED *IN FORMA PAUPERIS***

---

Currently pending before the undersigned Magistrate Judge is Plaintiff's Application to proceed *in forma pauperis* and without prepaying the fees to file the case under 28 U.S.C. § 1915. ("IFP Application," Doc. No. 1 at PageID 1-3.) For the reasons explained below, the IFP Application is deficient. Plaintiff is therefore **ORDERED** to file an amended application.

"Anyone who files a lawsuit in federal court presumptively must pay a filing fee." *Crump v. Blue*, 121 F.4th 1108, 1110 (6th Cir. 2024) (citing 28 U.S.C. § 1914(a)). The total fee amount is $405, which consists of a $350 filing fee and a $55 administrative fee. *See* 28 U.S.C. § 1914; Administrative Office of the U.S. Courts, District Court Miscellaneous Fee Schedule, available at https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule (last visited March 23, 2026). This filing fee is generally due and paid when the case is opened. However, a plaintiff "who cannot pay

the fee may ask to proceed 'in forma pauperis,' a status that allows the litigant to pay the fee over time or sometimes not at all." *Crump,* 121 F.4th at 1110 (citing § 1915(a)-(b)).

"Proceeding *in forma pauperis* is a privilege and not a right." *Ohio v. Ealy*, No. 1:09-cv-245, 2009 WL 1118704, at *1 (S.D. Ohio Apr. 24, 2009) (citing *Wilson v. Yaklich*, 148 F.3d 596, 603 (6th Cir. 1998)). A litigant need not be absolutely destitute to be granted *in forma pauperis* status. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). "But a litigant does have an obligation of truthfulness in his filings in this Court, as well as a burden to demonstrate that he should be granted *in forma pauperis* status." *Wright v. Watson*, No. 2:22-cv-4042, 2023 WL 3509656, at *2 (S.D. Ohio May 17, 2023), *report and recommendation adopted*, 2023 WL 4042170 (S.D. Ohio June 16, 2023). "A plaintiff seeking *in forma pauperis* standing must respond fully to the questions on the Court's *in forma pauperis* form." *West v. AFSCME Bldg. Corp.*, No. 2:22-cv-2235, 2022 WL 18142399, at *1 (W.D. Tenn. Apr. 14, 2022).

In this case, Plaintiff has not fully answered all the questions on the IFP Application. (Doc. No. 1.) Specifically, Plaintiff indicated that he has "cash on hand or money in a savings, checking, or other account," but did not answer the question requiring him to state the combined total amount. (*Id*. at PageID 3.) Plaintiff also did not answer the question requiring him to list his "creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation." (*Id*.) If he has no creditors or monthly bills, he should so state on his application. Without this information, the Court cannot determine

2

whether Plaintiff's poverty prevents him from paying the filing fees in this case while still providing for the necessities of life.

The Court **ORDERS** Plaintiff to complete <u>fully</u> and <u>accurately</u> an Amended Application to proceed *in forma pauperis* and then submit it to the Court **by April 21, 2026**. If he fails to respond to this Order, the undersigned may recommend to the District Judge that his IFP Application be denied, or that the case be dismissed due to failure to comply with a Court order. In the alternative, Plaintiff may pay $405 to the Clerk of Court by **April 21, 2026**.

Plaintiff is **ADVISED** that he must promptly notify the Court if his mailing address changes while this case is pending. He may wish to review the resources for *pro se* parties on the Court's website, https://www.ohsd.uscourts.gov/pro-se. He may also find and monitor the status of this case via the federal courts' PACER Case Locator service, https://pcl.uscourts.gov/pcl/index.jsf.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

3